# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 5/3/2024
Case: 24–03021     Form ID: NTCPLA     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| pla | Bryant Fu | 337–28th Ave. | San Francisco, CA 94121 |
| pla | Tony Fu | 5813 Geary Blvd. | San Francisco, CA 94121 |
| pla | Crystal Lei | 337 28th Ave. | San Francisco, CA 94121 |

TOTAL: 3