Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEGAL RECOVERY, LLC<br>       Debtor<br>_____<br>Bryant Fu, Crystal Lei, Tony Fu,<br>       Plaintiffs,<br>v.<br>Legal Recovery, LLC,<br>       Defendant. | Case No.: 24-30074 DM<br><br>Chapter 11<br><br>AP # 24-03021<br><br>NOTICE OF HEARING<br>ON MOTION TO DISMISS COMPLAINT<br>[FRCP 12(b)(6)]<br><br>Date: June 21, 2024<br>Time: 10:00 AM<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

<u>NOTICE OF HEARING</u>

TO PLAINTIFF, ALL PARTIES IN INTEREST, AND RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the date, time, and location as set forth above in caption above, a hearing on the Motion by Defendant to Dismiss Complaint will be conducted.

PLEASE TAKE NOTICE:

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

- 1

B.L.R. 7007-1: Filing of Motions and Responses in Adversary Proceedings; Hearings.

(a) Time.

Except as otherwise ordered, and except for motions made during the course of trial, all motions shall be filed and served at least 28 days before the hearing date.

(b) Opposition.

Any opposition to a motion shall be filed and served at least 14 days before the hearing date.

(c) Statement of No Opposition.

If the party against which the motion is directed does not oppose the motion, that party shall file a Statement of No Opposition within the time for filing and serving any opposition.

(d) Counter-Motions.

Together with an opposition, a party responding to a motion may file a counter-motion related to the subject matter of the original motion. Such counter-motion shall be noticed for hearing on the same date as the original motion.

(e) Reply.

Any reply to an opposition, or opposition to a counter-motion, shall be filed and served by the moving party at least 7 days before the hearing.

(f) Motion Papers.

B.L.R.s 9013-1, 9013-2 and 9013-3 shall apply to motions filed in adversary proceedings.

May 19, 2024
/s/ Leeds Disston
Attorney for debtor and defendant Legal Recovery LLC