Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEGAL RECOVERY, LLC<br>      Debtor<br>_____<br>Charles Li,<br>      Plaintiff,<br>v.<br>Legal Recovery, LLC,<br>      Defendant. | Case No.: 24-30074 DM<br><br>Chapter 11<br><br>AP # 24-03021<br><br>CERTIFICATE OF SERVICE<br><br>Date: June 21, 2024<br>Time: 10:00 AM<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

I am not a party to this action. My mailing address is PO BOX 225254, San Francisco, CA 94122.

On this date, I served the following document(s):

NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT; MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

By USPS first class mail to:

Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Crystal Lei
337 28th Ave.
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd, PMB 188

- 1 -

San Francisco, CA 94121

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/20/2024
/s/Bill Mora