Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd.
San Francisco, CA 94121

Plaintiffs and Creditors in Pro Se



FILED
JUN -7 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Legal Recovery, LLC<br><br>Debtor.<br><br>BRYANT FU, TONY FU, and CRYSTAL LEI,<br><br>Plaintiffs,<br>vs.<br><br>LEGAL RECOVERY, LLC,<br><br>Defendant. | Case No.: 24-30074<br><br>Chapter 11<br><br>Adversary No.: 24-03021<br><br>**PLAINTIFFS' OPPOSITION TO DEBTOR LEGAL RECOVERY LLC'S MOTION TO DISMISS**<br><br>Date: June 21, 2024<br>Time: 10:00 AM<br><br>Hon. Dennis Montali |

Plaintiffs BRYANT FU ("Bryant Fu"), TONY FU ("Tony Fu") and CRYSTAL LEI ("Lei")(collectively referred to as the "Plaintiffs") hereby oppose Debtor Legal Recovery, LLC ("Debtor")'s Motion to Dismiss.

Debtor contends that the discharge exceptions under 11 U.S.C section 523(a) do not apply to this case filed under Chapter 11 Subchapter V based on a Bankruptcy Appellate Panel opinion in *In re Off-Spec Sols., LLC*, 651 B.R. 862 (B.A.P. 9th Cir. 2023), however, that case is inapposite because it does not involve the use of a shell company to abuse the bankruptcy code to shield assets for its vexatious litigant alter egos, Demas Yan and Tina Yan (collectively, the Yans). Plaintiffs hold substantial judgment and sanctions awards against the Yans which are chargeable against their alter ego, the Debtor. (Fu Decl., ¶ 3.) Plaintiffs have squarely pled and will prove as

1

part of their adversary proceeding that Debtor is the alter ego of the Yans to which their fraudulent use of the Debtor as a shell company to hide their assets enables the application of the discharge exceptions under 11 U.S.C section 523(a) to this case. Indeed, the Debtor has already been proven and affirmed on appeal to be a vexatious litigant and alter ego of the Yans in California State Court. (Fu Decl., Exh. A.) The plain language of the United States Code relating to bankruptcy under Chapter 11 Subchapter V does not authorize a use of a shell entity to file bankruptcy and obtain a discharge in fraud of its creditors. There is no decisional authority that allows for an unscrupulous debtor to abuse the Bankruptcy Court in this way that circumvents the discharge exceptions to defraud Plaintiffs of their substantial judgment and sanctions debt against it.

Further, the Ninth Circuit Bankruptcy Appellate Panel opinion is not mandatory authority and should not be applied here. (*In re Silverman*, 616 F.3d 1001, 1005 (9th Cir. 2010) [like the decisions of a federal district court, the decisions of a bankruptcy appellate panel are persuasive authority, but not necessarily binding as appellate authority throughout the circuit.].) Debtor presents no mandatory binding authority that requires the dismissal of this adversary proceeding. Therefore, Debtor's motion to dismiss should be denied.

DATED: June 7, 2024

Respectfully Submitted,

_____
Bryant Fu
Plaintiff in Pro Se

_____
Crystal Lei
Plaintiff in Pro Se

_____
Tony Fu
Plaintiff in Pro Se

2
PLAINTIFFS' OPPOSITION TO DEBTOR LEGAL RECOVERY LLC'S MOTION TO DISMISS

# PROOF OF SERVICE

Adversary No.: 24-03021

I am a legal resident of the United States, over the age of eighteen. My address is 337 28th Avenue, San Francisco, CA 94121.

On June 7, 2024, the following was served by ECF upon filing:

PLAINTIFFS' OPPOSITION TO DEBTOR LEGAL RECOVERY LLC'S MOTION TO DISMISS

DECLARATION OF BRYANT FU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEBTOR LEGAL RECOVERY LLC'S MOTION TO DISMISS

On the interest parties as follows:

> William Leeds Disston
> Casalina & Disston
> Attorney for debtor, Legal Recovery LLC
> 409 13th St Fl 9
> Oakland, CA 94612
> casdiss@yahoo.com

__X__ By electronic service by ECF: On the interested party named above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 7, 2024 at San Francisco, California.

Bryant Fu