Entered on Docket
June 24, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 24, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case No. 24-30074-DM |
| LEGAL RECOVERY LLC, | ) Chapter 11<br>) Subchapter V |
| Debtor. | ) |
| BRYANT FU, TONY FU, AND CRYSTAL LEI, | ) Adversary Proceeding<br>) No. 24-03021-DM |
| Plaintiffs, | ) |
| v. | ) |
| LEGAL RECOVERY, LLC, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING
WITH LEAVE TO AMEND**

On June 21, 2024, the court held a hearing on the Motion to Dismiss Adversary Proceeding filed by defendant Legal Recovery, LLC (Dkt. 11). Appearances are noted on the record. For the reasons stated on the record, it is hereby ORDERED that,

    1) The motion is GRANTED with leave to amend and the adversary proceeding is DISMISSED.

-1-

2) Plaintiffs have until sixty (60) days from the entry of this order to file an amended complaint. If an amended complaint is filed, the court will hold a scheduling conference on September 20, 2024, at 10:00 AM. No response is required by the defendant prior to the continued scheduling conference.

3) The scheduling conference on June 28, 2024 is continued to September 20, 2024, at 10:00 AM.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If parties have questions about how to participate in a video or telephonic hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

COURT SERVICE LIST

Bryant Fu
337-28th Ave.
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd.
San Francisco, CA 94121

Crystal Lei
337 28th Ave.
San Francisco, CA 94121