**Signed and Filed: September 13, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case No. 24-30074-DM |
| LEGAL RECOVERY LLC, | ) Chapter 7 |
| Debtor. | ) |
| BRYANT FU, TONY FU, AND CRYSTAL LEI, | ) Adversary Proceeding ) No. 24-03021-DM |
| Plaintiffs, | ) |
| v. | ) Date: October 25, 2024 ) Time: 1:30 PM |
| LEGAL RECOVERY, LLC, | ) Via Tele/Videoconference ) www.canb.uscourts.gov/calendars |
| Defendant. | ) |

**ORDER CONTINUING SCHEDULING CONFERENCE**

In light of the conversion of the underlying main case on September 10, 2024, the scheduling conference currently set on September 20, 2024 is hereby CONTINUED to **October 25, 2024, at 1:30 PM.**

The court notes the filing of the amended complaint at Dkt 19. No response is required by the defendant prior to the continued scheduling conference. The Chapter 7 trustee shall appear at the scheduling conference.

-1-

All hearings will be conducted by telephone or video conference (unless otherwise noted).  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing.  If parties have questions about how to participate in a video or telephonic hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

COURT SERVICE LIST

Legal Recovery, LLC
PO Box 225254
San Francisco, CA 94122

Bryant Fu
337-28th Ave.
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd.
San Francisco, CA 94121

Crystal Lei
337 28th Ave.
San Francisco, CA 94121

Michael G. Kasolas
P.O. Box 27526
San Francisco, CA 94127