

**Signed and Filed: October 23, 2024**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case No. 24-30074-DM )|
| LEGAL RECOVERY LLC, | ) Chapter 7 ) |
| Debtor. | ) ) |
| BRYANT FU, TONY FU, AND CRYSTAL LEI, | ) Adversary Proceeding ) No. 24-03021-DM ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LEGAL RECOVERY, LLC, | ) ) |
| Defendant. | ) |

**ORDER DISMISSING ADVERSARY PROCEEDING AND DROPPING SCHEDULING CONFERENCE FROM CALENDAR**

On September 10, 2024, the underlying chapter 11 bankruptcy case was converted to a case under chapter 7. The court then continued the scheduling conference in this adversary proceeding to October 25, 2024 and directed the chapter 7 trustee to appear at the scheduling conference (Dkt. 20). The court had previously stated that defendant need not respond to the amended complaint filed on August 23, 2024 (Dkt. 17).

-1-

Upon further consideration, the court has determined this adversary proceeding to be futile, as plaintiffs seek a finding of nondischargeability of debt under Section 523 of the Bankruptcy Code, but as a non-individual chapter 7 debtor, defendant Legal Recovery, LLC will not receive a discharge of any debts. 11 U.S.C. § 727(a)(1). The non-discharge provisions of Section 523 have no applicability in cases of non-individuals and the court has no jurisdiction or authority to apply any portions of that section here.

Plaintiffs did timely file proofs of unsecured claim in the underlying case, and if the claims are finally allowed, Plaintiffs will be entitled to any assets available to unsecured pre-petition creditors. If the case is dismissed, as may be the case, then Plaintiffs will be free to pursue Legal Recovery, LLC outside of bankruptcy.

Accordingly, the court HEREBY DISMISSES this adversary proceeding and REMOVES from its calendar the scheduling conference currently scheduled for October 25, 2024.

**END OF ORDER**

COURT SERVICE LIST

Legal Recovery, LLC
PO Box 225254
San Francisco, CA 94122

Bryant Fu
337-28th Ave.
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd.
San Francisco, CA 94121

Crystal Lei
337 28th Ave.
San Francisco, CA 94121

Michael G. Kasolas
P.O. Box 27526
San Francisco, CA 94127